**93–760.** State v. Swift. *Geauga County,* No. 92–G–1687. This cause is pending before the court on a motion for leave to appeal from the Court of Appeals for Geauga County. Upon consideration of the appellant's motion to stay judgment of the Eleventh District Court of Appeals,

IT IS ORDERED by the court that said motion to stay judgment of the Eleventh District Court of Appeals be, and the same is hereby, granted, effective June 22, 1993.

**93–1236.** State ex rel. Schottenstein v. Belskis. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' motion for issuance of an alternative writ,

IT IS ORDERED by the court that said motion for issuance of an alternative writ be, and the same is hereby, denied, effective June 21, 1993.

A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., dissent.